# In the United States Court of Federal Claims

Dr. Syed MK Hasan )
)
46 Fairmount Street Lowell MA 01852 )
                        **Plaintiff(s),** )
)
v. )
)
THE UNITED STATES, )
)
                        **Defendant.** )
Central Intelligence Agency, Office of Public Affairs Washington, D.C. 20505 )

Case No. 23-1820 C

Judge _____

## **COMPLAINT**

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.
If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

This claim is being presented to the US Court for Federal Claims. The Claim presented falls under the followng federal statute, 5 U.S. Code § 5596 - Back pay due to unjustified personnel action. Plantiff, Dr. Syed MK Hasan was harmed due to HR Personnel at US Dept of State, while working as clandestine agent for the Central Intelligence Agency.

Received - USCFC

OCT 16 2023

A-5

## 2. PARTIES

Plaintiff, Dr. Syed MK Hasan, resides at 46 Fairmount Street
(Street Address)

Lowell MA 01852                                                          978-328-2298
(City, State, ZIP Code)                                          (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

NA

## 3. PREVIOUS LAWSUITS.
Have you begun other lawsuits in the United States Court of Federal Claims?  ☐ Yes ☑ No

If yes, please list cases: _____

## 4. STATEMENT OF THE CLAIM.
State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

I am making an official request for back pay of $810,000 and with interest over the years at 3% compounded annually is equivalent to $1,462950.10. In my previous letters I had requested and very low amount because I was not aware of certain rules in requesting the full amount due to me in terms of back pay and 35% hazard pay on top of regular salary. The reason for requesting this amount is due to criminal activities by Mr. Khalil Khalilzad at the US State Department starting from 1986- 2020. I was trained by the Olean NY Police Department and by former CIA field man, Mr. Frank Donnelly. I was trained in background investigations, finger printing and finger printing g analysis, genealogical research. Arts and crafts of field man tactics. I also learned how to shoot pistols, use of shot guns, along with riding horses, swimming, diving, and hand to hand combat skills. By the time I joined the CIA officially in 1993, I was a well oiled field agent!

This is a complaint against former State Department Official named Khalil Khalilzad (Special Envoy to Afghanistan). Khalilzad has now passed away (Circa 2019), but he was a terrific pain in the ass! This fellow jammed up my paperwork to come onto the CIA back in 1993, then continuously harassed me, my family, close friends, colleagues, and business associates for over 20 yrs. My section head was Ms. Jenna Haspel, who went on to become the Director of the CIA for some time. He had harassed her and my team members at CIA as well! It took many years to clear up my paperwork at CIA, but unfortunately Khalilzad also messed up my federa pay andl pension (FERS). He continually made changes to my status and thus creating a huge mess for me!
I was an active CIA officer from 1993- 2003, and therefore I am reaching out the court for federal claims and OIG office at CIA; it is during this period that issues with Khalilzad arose, but during that period, complaining would have jeopardized ongoing operations that arose.
I would like the CIA General Counsel to clear up this mess with the Department of State as soon as possible. I should be given full credit into the FERS system as a federal employee. Mr. Khalilzad, was just a background check person on personnel, at Dept of State, and had no official say at CIA. But it turned out he was a paranoid schizophrenic with enormous issues of envy and jealousy with new employees, student interns and colleagues at Department of Sate and CIA.

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

I am requesting the court to compel CIA OIG and General Counsel to certify my backpay, and to palce my Federal Empoyee Number back into the CIA personnel System.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11 day of October, 2023.
       (day)        (month)           (year)

_____
Signature of Plaintiff(s)